EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendant
Network Recovery Services, Inc.
875 Third Avenue
New York, NY 10022
Telephone: (212) 351-4500

UNITED STATES U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------- X
SHLOME BERGER, individually and on : INDEX NO. 3:22-cv-6736-MAS-LHG
behalf of all others similarly situated,, :
 :
         Plaintiff, : **STIPULATION OF**
 : **DISMISSAL WITH PREJUDICE**
  -against- :
 :
NETWORK RECOVERY SERVICES, :
INC., :
 :
         Defendant. :
---------------------------------------------- X

    IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice and without costs to either party.

    IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

Dated: March 27, 2023

STEIN SAKS, PLLC                            EPSTEIN BECKER & GREEN, P.C.


By:  _s/Yaakov Saks_____       By:  */s/Lori A. Medley*_____

Yaakov Saks, Esq.  
One University Plaza, Suite 620  
Hackensack, New Jersey 07601  
Telephone: (201) 282-6501  
*Attorneys for Plaintiff*

Lori A. Medley, Esq.  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 351-4500  
Fax: (212) 878-8600  
*Attorneys for Defendant*

**So Ordered this 5th day of April, 2023.**

_____  
**Honorable Michael A. Shipp, U.S.D.J.**